Sanford K. Gerber, Bar #016506
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1779
Fax:  (602) 200-7892
sgerber@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant GEICO Casualty Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| DONNA SCHAFER, an adult individual, | NO.  CV-18-00609-PHX-GMS |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| GEICO CASUALTY COMPANY, a Maryland Corporation; JOHN DOES I-X; JANE DOES I-X; ABC PARTNERSHIPS I-X and XYZ CORPORATIONS I-X, | (Assigned to the Honorable G. Murray Snow) |
| Defendants. | |

The parties, by and through counsel undersigned, hereby stipulate and agree that the above-captioned action may be dismissed with prejudice as to all claims by Plaintiff against Defendant, each party to bear their own costs and attorneys' fees, as the parties are proceeding to a private binding arbitration.

6600172.1

DATED this 17th day of April, 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Sanford K. Gerber*
Sanford K. Gerber
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant GEICO Casualty Company


ZACHAR LAW FIRM, PC


By */s/ Christopher J. Zachar (w-permission)*
Christopher J. Zachar
714 East Rose Lane
Phoenix, AZ 85014
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2018, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Chris Zachar
ZACHAR LAW FIRM
P O Box 47640
Phoenix, AZ 85020

/s/ Judy McAuley